UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
WAYMAN TATUM,

                    Plaintiff,

          -against-                              MEMORANDUM AND ORDER
                                                09-CV-3588(JS)(ETB)

SUFFOLK COUNTY,

                    Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:      Wayman Tatum, Pro Se
                    403916
                    Suffolk County Correctional Facility
                    110 Center Drive
                    Riverhead, New York 11901

For Defendants:     Richard T. Dunne, Esq.
                    Suffolk County Department of Law
                    H. Lee Dennison Building
                    100 Veterans Memorial Highway
                    Hauppauge, New York 11788

SEYBERT, District Judge:

          By Order dated January 14, 2010, the Court afforded the

pro se Plaintiff, Wayman Tatum,("Plaintiff") a third and final

opportunity to amend his Complaint and ordered that the Amended

Complaint be filed with the Court by February 22, 2010. By way of

background, the Court sua sponte dismissed the Plaintiff's

Complaint by Order dated November 3, 2009 and granted Plaintiff

until December 1, 2009 to file an Amended Complaint.

Notwithstanding the Court's warning in the November 3, 2009 Order

that Plaintiff's Complaint would be dismissed for failure to

prosecute if Plaintiff did not timely file an Amended Complaint,

given Plaintiff's pro se status, the Court afforded Plaintiff a

final opportunity to file an Amended Complaint. <u>See</u> Order, dated January 14, 2010, Seybert, D.J.  The January 14, 2010 Order also warned Plaintiff that the failure to file an Amended Complaint by February 22, 2010 will result in dismissal of this action for failure to prosecute.

To date, the Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court.  Given the Plaintiff's failure to timely file an Amended Complaint, the Complaint is dismissed with prejudice.  The Clerk of the Court is directed to close this case.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     March   9  , 2010
           Central Islip, New York